IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-22-5024-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: 9712240 |
| vs. | Location Code: M13 |
| DAVID Y. MIAO, | ORDER |
| Defendant. | |

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that violation number 9712240 is **DISMISSED**. **IT IS FURTHER ORDERED** that the bench trial scheduled for June 9, 2022, is **VACATED**.

Dated this 3rd day of June, 2022.

_____
John Johnston
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022, a copy of the foregoing document was served on the following persons by the following means:

 (1) CM/ECF
 ( ) Hand Delivery
 ( ) U.S. Mail
 ( ) Overnight Delivery Service
 ( ) Fax
 (2) E-Mail

1. Clerk, U.S. District Court

2. David Y. Miao
   6314 138th Street
   Flushing, NY 11367
   yuchangmiao@yaoo.com

 /s/ Wendy A. Johnson
 WENDY A. JOHNSON
 Assistant U.S. Attorney